USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/24/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
   GRACIELA DONCOUSE,

                     Plaintiff

      v.                                                               23-CV-02828 (CM) (KHP)

                                                                  ORDER ADJOURNING
                                                                  CASE MANAGEMENT
   MCF RARE WINE, LLC, et al.                                    CONFERENCE

                     Defendant.
------------------------------------------------------------------X
**KATHARINE H. PARKER, United States Magistrate Judge:**

     In light of the Order of Dismissal filed on January 24, 2024 (doc. no 32) the Case Management Conference currently scheduled for **February 13, 2024** is hereby adjourned *sine die*.

**SO ORDERED.**

Dated: January 24, 2024
      New York, NY

                                                   KATHARINE H. PARKER,
                                                   United States Magistrate Judge